IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| JANO JUSTICE SYSTEMS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 08-3209 |
| | ) | |
| SAM BURTON and SCB SYSTEMS, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

# OPINION

RICHARD MILLS, U.S. District Judge:

Plaintiff filed a motion for discovery sanctions [d/e 6] seeking the entry of a default judgment.  Defendant objected.  Magistrate Judge Cudmore then filed a Report and Recommendation ("R & R") [d/e 11] suggesting that the Court deny Plaintiff's motion.  Plaintiff did not respond.  Having reviewed the R& R, this Court finds itself in substantial agreement.

Ergo, the Court ADOPTS Judge Cudmore's R & R [d/e 11], which denies Plaintiff's motion [d/e 6].

IT IS SO ORDERED

ENTER:   January 27, 2009

FOR THE COURT:                    /s Richard Mills
                                  United States District Judge